# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ALISON S. ROGERS,** | § | **CIVIL NO. 4:18-cv-04181** |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| **CAR WASH PARTNERS, INC.** | § | |
| **DBA MISTER CAR WASH, CO.,** | § | Removed from the 152nd District Court |
| **AND JOHN DOE** | § | of Harris County, Texas (2018-65634) |
|     Defendant. | § | |

## DEFENDANT CAR WASH PARTNERS, INC.'S
## CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Defendant Car Wash Partners, Inc. dba Mister Car Wash Co. files this Certificate of Interested Persons in accordance with the Court's January 10, 2019 Order [Dkt. 4]. Defendant certifies the following lists all known persons, associations of persons, partnerships, corporations, parent corporations or other legal entities that are financially interested in the outcome of this litigation:

1. Alison S. Rogers - *Plaintiff*

2. Car Wash Partners, Inc. - *Defendant and parent corporation of CWP Asset Corp.*

3. CWP Asset Corp. - *Wholly-owned subsidiary of Car Wash Partners Inc., and employer of driver involved in subject accident.*

None of the above-listed companies are publicly traded.

The undersigned Counsel will promptly file an amended certificate of disclosure if additional persons or entities that are financially interested in the outcome of litigation are identified.

Respectfully submitted and signed
Pursuant to Federal Rule of Civil Procedure 11,

**GERMER BEAMAN & BROWN PLLC**
301 Congress Ave, Suite 1700
Austin, Texas 78701
(512) 472-0288
(512) 472-9260 (Fax)

By: _____
    Gregg R. Brown
    State Bar No. 03129010
    grb-svc@germer-austin.com
    Katherine P. Mendiola
    State Bar No. 24091830
    kmendiola@germer-austin.com

**ATTORNEYS FOR DEFENDANT
CAR WASH PARTNERS, INC.**

## CERTIFICATE OF SERVICE

    I hereby by my signature below that a true and correct copy of the foregoing document was served on all counsel of record in compliance with the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Texas on this the 25th day of January 2019.

Charles J. Rogers            *Via E-Mail: CRogers@longevitysports.com*
Attorney at Law
10030 Briar Drive
Houston, TX 77042-1207
*Attorney for Plaintiff*

_____
Gregg R. Brown