IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALISON S. ROGERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-04181 |
| | § | |
| CAR WASH PARTNERS, INC. | § | |
| DBA MISTER CAR WASH CO., and | § | |
| JOHN DOE, | § | |
| | § | |
| Defendants. | § | JUDGE GRAY H. MILLER |

## PLAINTIFF ROGERS' UNOPPOSED MOTION
## TO ADD DEFEDANT CWP ASSET CORP.

Plaintiff Alison S. Rogers ("Rogers") files this Unopposed Motion to Add CWP Asset Corp. as a Defendant in this action. Defendant Car Wash Partners, Inc.'s Notice of Removal, Certificate of Interested Parties, and Initial Disclosures identify its wholly-owned subsidiary CWP Asset Corp. as the proper Defendant in this action, as the employer of the driver involved in the vehicle collision that is the subjet of this action.

Plaintiff Rogers therefore respectfully requests that this Court enter an Order allowing the joinder of CWP Asset Corp. as a Defendant in this action, by allowing Rogers to file a First Amended Complaint including CWP Asset Corp as a Defendant.

Counsel for Plaintiff Rogers has conferred with counsel for Defendant Car Wash Partners, Inc., who confirmed that Defendant Car Wash Partners, Inc. is not opposed to this Motion.

Pursuant to Local Rule 7.1(C), Plaintiff Rogers is submitting a proposed Order granting the relief requested.

Respectfully submitted this 12th day of April, 2019,

/s/ Charles J. Rogers
**Charles J. Rogers**
State Bar No. 00786205
10030 Briar Drive
Houston, Texas 77042-1207
Telephone: (713) 238-8049
Facsimile: (713) 952-2908
e-mail: CRogers@longevitysports.com

**ATTORNEY FOR
PLAINTIFF ALISON S. ROGERS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2019, I electronically filed the foregoing *Plaintiff Rogers' Unopposed Motion to Add Defendant CWP Asset Corp.*, with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the following attorneys of record who are Filing Users of the Court's Electronic Filing System.

*********
| | |
|---|---|
| **Gregg R. Brown** | GRB-svc@germer-austin.com |
| **Katherine P. Mendiola** | KMendiola@germer-austin.com |

**GERMER BEAMAN &BROWN PLLC**
301 Congress Ave, Suite 1700
Austin, Texas 78701
Telephone: (512) 472-0288
Facsimile: (512) 472-9260
**Attorneys for Defendant
Car Wash Partners, Inc.**
*********

    s/Charles J. Rogers
**Charles J. Rogers**