IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALISON S. ROGERS, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-04181 |
| CAR WASH PARTNERS, INC. DBA MISTER CAR WASH CO., CWP ASSET CORP., and JOHN DOE, | § § § § § § | |
| Defendants. | § | JUDGE GRAY H. MILLER |

ORDER GRANTING
PLAINTIFF ROGERS' UNOPPOSED MOTION
TO ADD DEFEDANT CWP ASSET CORP.

Having heard Plaintiff Alison S. Rogers ("Rogers")'s Unopposed Motion to Add CWP Asset Corp. as a Defendant in this action, this Court hereby GRANTS the Motion. Plaintiff Rogers may amend her pleadings to add CWP Asset Corp. as a Defendant in this action.

SIGNED at Houston, Texas this 15th day of April, 2019,

_____
Gray H. Miller
United States District Judge